BEFORE THE THIRD DIVISION, MARCH 26, 1962

No. 66607.—Morganite, Inc. v. United States, protest 61/7549 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of Morganite strips for trolley inserts similar in all material respects to those the subject of *Morganite, Inc.* v. *United States* (29 Cust. Ct. 76, C.D. 1448), the claim of the plaintiff was sustained.